ACCEPTED
01-14-00516-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 8:34:52 AM
CHRISTOPHER PRINI
CLERK

# Nos. 01-14-00516-CR, 01-14-00517-CR, 01-14-00518-CR 01-14-00519-CR, 01-14-00520-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/23/2015 8:34:52 AM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

## Nos. 1370904, 1370905, 1370906, 1370907, 1370908

In the 230th District Court
Of Harris County, Texas

————————◆————————

**HUGO PACHAS-LUNA**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

————————◆————————

State's Third Motion for Extension
Of Time to File Brief

————————◆————————

To the Honorable Court of Appeals:

The State of Texas, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1.  The appellant was charged in five indictments with different charges of possession of child pornography. (1 CR 13; 2 CR 13; 3 CR 13; 4 CR

13; 5 CR 13).[1] The appellant waived his right to a jury trial and pled not guilty to the trial court. (2 RR 4-8). The trial court found him guilty as charged. (4 RR 130-31). After a pre-sentence investigation, the trial court assessed punishment for each case at eight years' confinement, with the sentences to run consecutively. (5 RR 18; 1 Supp. CR 3-4; 2 Supp. CR 3-4; 3 Supp. CR 3-4; 4 Supp. CR 3-4; 5 Supp. CR 3-4). The appellant filed timely notices of appeal and the trial court certified his right of appeal. (1 CR 92, 94).

2. The State's brief is due on March 23, 2015. The State requests a 30-day extension of time in which to file its brief.

3. This is the State's third request for extension.

4. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. Since this Court granted the State's last motion for extension, the undersigned attorney has worked on the following matters:

    1. Robert Louis Martin
       No. 14-14-00730-CV
       Brief filed February 25, 2015

---

[1] The State will refer to the clerk's records in the different causes as though they were sequential volumes. Thus the record for 01-14-00516- CR will be 1 CR, the record for 01-14-00517-CR will be 2 CR, and so on, in numerical order. If the same document appears in all the records, the State will cite to the copy in 1 CR.

2. Jacqualien Grant
   Nos. 14-13-01077-CR & 14-13-01078-CR
   Brief filed February 27, 2015

3. Craig Gilder
   No. 14-14-00523-CR
   Brief filed March 6, 2015

4. Julio Alvarado
   Nos. 01-13-00894-CR & 01-13-00895-CR
   Brief filed March 19, 2015

b. To respond to the appellant's brief, the undersigned attorney has needed to confer with the trial prosecutor. However, the trial prosecutor was out of the office for one week during the last month, which delayed work on the State's brief.

c. The undersigned attorney was out of the office for a medical procedure on March 20, 2015.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ C.A. Morgan
CLINTON A. MORGAN
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

# CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:

Sarah V. Wood
sarah.wood@pdo.hctx.net

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date: March 23, 2015